PAUL A. ENGLISH et al., Appellants, *v.* PERCIVAL S. JONES et al., Respondents, Impleaded with Another.

*English* v. *Jones*, 118 App. Div. 898, affirmed.
(Argued May 4, 1909; decided May 18, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 5, 1907, affirming a judgment in favor of the respondents herein entered upon a dismissal of the complaint as to them by the court on trial at Special Term in an action to recover for an alleged breach of contract.

*Herbert B. Shoemaker* for appellants.

*Henry J. McCormick* and *Edwin Countryman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ. Absent: CULLEN, Ch. J.